FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVERETT LEE COX,<br><br>Petitioner,<br><br>v.<br><br>M. D. BITER, Warden,<br><br>Respondent. | Case No. CV 12-10028 ABC (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection [23]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. The Objection, which adds nothing to the arguments already raised in the Petition, is overruled for the reasons set forth in the R&R.

2. The Court accepts the findings and recommendation of the R&R.

3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

///

 1    4.    All pending motions are denied as moot and terminated.

 2    IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this

 3  Order and the Judgment on all counsel or parties of record.

 4

 5                                    *[signature: Audrey B. Collins]*

 6  Dated: June 26, 2013
                                      ─────────────────────────────
 7                                    AUDREY B. COLLINS
                                      UNITED STATES DISTRICT JUDGE