FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EVERETT LEE COX, | Case No. CV 12-10028 ABC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| M. D. BITER, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: June 26, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE