ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EVERETT LEE COX,<br><br>Petitioner,<br><br>v.<br><br>M. D. BITER, Warden,<br><br>Respondent. | Case No.  CV 12-10028 ABC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: June 26, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE